USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/23/22



**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DanielParker@aol.com

February 23, 2022

APPLICATION GRANTED
SO ORDERED:

*VB*

Vincent L. Briccetti, U.S.D.J.

Dated: 2/23/2022

White Plains, NY

*Curfew requirement is removed. All other conditions of release remain in effect.*

**By ECF**
Hon. Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: United States v. Jahaira Mejia
21 Cr 628 (VB)

Dear Judge Briccetti:

I represent Jahaira Mejia, the defendant in the above-captioned matter. I write with the consent of AUSA Gianforti and Pre-trial Services Officer Josh Rothman requesting that the Court amend Ms. Mejia's bail conditions – specifically, removing the bail conditions that she abide by a curfew secured by location monitoring.

Neither Pre-trial Services nor the Government believe these restrictions are still necessary. Ms. Mejia has been completely compliant with her bail conditions, has no prior criminal record, and the parties believe that the previously imposed curfew is no longer necessary.

If the foregoing meets with the Court's approval, then I respectfully request you "So Order" this letter.

Thank you for your consideration.

Very truly yours,

Daniel S. Parker