RECEIVED
JAN 09 2023
CHAMBERS OF
VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

## PARKER AND CARMODY, LLP
### ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DanielParker@aol.com

January 9, 2023

APPLICATION GRANTED
SO ORDERED:

_____
Vincent L. Briccetti, U.S.D.J.
Dated: 1 / 10 / 23
White Plains, NY

Conference adjourned to 2/15/23 at 12:30 pm.
Time excluded under Speedy Trial Act through
2/15/23 in interest of justice.

**By ECF and email**
Hon. Vincent Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: <u>United States v. Jahaira Mejia</u>
21 Cr 628 (VB)

Dear Judge Briccetti:

I represent Jahaira Mejia and I write with the consent of the Government requesting that the Court adjourn the conference scheduled for January 11, 2023 to a time on either February 14, 15 or 16, 2023.  I consent to the exclusion of time.

The parties are engaged in plea negotiations and I have been attempting to provide the Government with relevant information from a witness. We have had difficulty tracking down the witness and my investigator was recently sidelined with COVID for a period of time. Last week, an investigator made contact with the witness who agreed to speak with us yesterday, but late in the morning yesterday the witness advised us that he had to go to work so we were unable to meet with him.  We are diligently trying to meet with the witness as soon as possible.

I am starting a trial on January 30, 2022 before the Hon. Loretta A. Preska, which I anticipate will take approximately 10 days to two weeks.

Although I realize this case is ready to be set down for a trial date, I ask the Court to grant one final adjournment prior to holding the upcoming status conference.

Thank you for your consideration and immediate attention to this matter.

Respectfully,

1