**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER
MICHAEL CARMODY

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DanielParker@aol.com

June 6, 2023

**By ECF and email**
Hon. Vincent Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

APPLICATION GRANTED
SO ORDERED:

_____
Vincent L. Briccetti, U.S.D.J.
Dated: 6/6/23
White Plains, NY

Re: **United States v. Jahaira Mejia**
S 2 21 Cr 628 (VB)

Dear Judge Briccetti:

I write with the consent of the Government and Probation requesting permission for Ms. Mejia to travel to Pennsylvania and New Jersey to attend two events.

First, Ms. Mejia would like to attend the first birthday party of her godson on June 17th in Blakeslee, PA. The party is an all-day affair and with travel from New York to and from Pennsylvania, she requests permission to be out of state from 9 a.m. to midnight.

Second, Ms. Mejia would like to attend the NACA Homeownership Event at 50 Park Place, Newark, NJ from 8 a.m. to 8 p.m. on June 23-24.

I have conferred with United States Probation Officer Christine Venable and AUSA Benjamin Gianforti, both of whom do not object to these temporary bail modifications.

If the foregoing meets with the Court's approval, then I respectfully request that you "So Order" this letter.

Respectfully,

*Daniel S. Parker*

Daniel S. Parker

Cc: All parties by ECF and email